

FILED

MAY – 6 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Billy Joe Lucas      348 2605

_(Enter above the full name of the plaintiff_      _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**      CIVIL ACTION NO. 3:21 - cv-284
                           _(Number to be assigned by Court)_

Wayne Co Courts
"Circut"

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.     **Previous Lawsuits**

     A.     Have you begun other lawsuits in state or federal court dealing with the same
             facts involved in this action or otherwise relating to your imprisonment?

                   Yes X _____        No _____

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:  _Billy Goe Guss_

_____

_____

Defendants:  _WRJ and_
_C.O. Robinson_

_____

2.    Court (if federal court, name the district; if state court, name the county);

_United States District Court Southern District of W.V._

3.    Docket Number:  _Cv -00253_

4.    Name of judge to whom case was assigned:

_Cheryl A Eifert_

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_pending_

6.    Approximate date of filing lawsuit:  _April 19_

7.    Approximate date of disposition:  _____

2

II.     **Place of Present Confinement:** _WRJ_

A.      Is there a prisoner grievance procedure in this institution?

Yes X_____          No _____

B.      Did you present the facts relating to your complaint in the state prisoner grievance procedure? _on other case this one_

Yes X_____          No _____ _doent Apply to Grievences_

C.      If you answer is YES:

1.      What steps did you take? _filed Judicial Complaint / and Ethics Complaint_

2.      What was the result? _enKonwn at this time_

_____

D.      If your answer is NO, explain why not: _____

_____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.      Name of Plaintiff: _____

        Address: _____

B.      Additional Plaintiff(s) and Address(es): _____

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _____

        is employed as: _____

        at _____

D.    Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was sentenced to 5yrs Probation In 2011 stemming from a theft Case at my Aunt and Uncles, i was on on Pills back then and currently have over 5 yrs Clean, but was not myself back then it was a huge mistake and Biggest Regret of my life, But from the Beginning

**IV.    Statement of Claim (continued):**

My Aunt + Uncle did not want the Restitution nor wanted me to serve jail time which is why I was givin Probation, Wayne Co has continued to extend my Probation 3 times over Restitution so IF there was No Restitution and all fines and fees Are paid why Are they waisting W.V. Taxpayer money to violate me and put me in Jail 11 yrs later, over $ that my Aunt Waived in an affidavid and will sign new affidavid if needed

**V.    Relief**

I'm from Ky I dont even live in this State

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to get this disolved and Behind Me just let the Probation run out I believe theyre violating my rights If so how many other people are they doing this to wasting W/V money This is my only charge ever In this state please help me

5

V.      **Relief (continued)):**

_____

_____

_____

_____

_____

VII.   **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _No_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

            Yes _____           No _X____

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

    If not, state your reasons: _Im     in caccerated_
_Its  hard  to  contact  Anyone_
_And  This  Place  Doesn't  help_

    C.    Have you previously had a lawyer representing you in a civil action in this court?

            Yes _____           No _X____

If so, state the lawyer's name and address:

_____

_____

Signed this ____4____ day of ___May_____, 20_21_.

_____

*Billy Gordon* (signature)

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 4 2021_____.
          (Date)

*Billy Gordon* (signature)

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

Billy Sowbury
One OHanlon Dr
Barbersdille Wv 24405

This person is an inmate at Regional Jail

This person is an inmate at

Clerk US District CouRt
Sidney L. Christe FeD BlAG
845 5th Ave Ste 101
Huntington Wv 25701-9985